**Dismissed and Opinion Filed November 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00907-CR

**ADRIAN GERARDO FLORES, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-62554-M**

## MEMORANDUM OPINION

Before Justices Francis, Evans, and Stoddart
Opinion by Justice Francis

Adrian Gerardo Flores appealed the trial court's order deferring adjudication of guilt, and placing him on community supervision for ten years and imposing a $3,000 fine. On September 26, 2014, the trial court granted appellant's motion to withdraw his guilty plea and ordered that the case be set for trial. There is, therefore, no longer an appealable order before the Court, and we have no jurisdiction over the case. *See generally* TEX. CODE CRIM. P. ANN. art. 44.02 (West 2006) (providing right of appeal for defendant); TEX. R. APP. P. 25.2(a)(2) (rules for appeal by defendant). We dismiss the appeal for want of jurisdiction.

Do Not Publish
TEX. R. APP. P. 47
140907F.U05

/Molly Francis/
————————————————
MOLLY FRANCIS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

ADRIAN GERARDO FLORES, Appellant

No. 05-14-00907-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F11-62554-M.
Opinion delivered by Justice Francis,
Justices Evans and Stoddart participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered November 19, 2014.